1130

vacated, and cases remanded for further consideration in light of *Seminole Tribe of Fla.* v. *Florida, ante,* p. 44. Reported below: 39 F. 3d 1186.

No. 95–561. OHIO AGRICULTURAL COMMODITY DEPOSITORS FUND ET AL. *v.* MAHERN, TRUSTEE, MERCHANTS GRAIN, INC. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Seminole Tribe of Fla.* v. *Florida, ante,* p. 44.

No. 95–7356. ALLEN *v.* UNITED STATES. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States,* 516 U. S. 137 (1995).

No. 95–7400. NETTER *v.* UNITED STATES. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States,* 516 U. S. 137 (1995).

No. A–507 (95–8468). COOPER *v.* CONNECTICUT. App. Ct. Conn. Application for stay, addressed to JUSTICE KENNEDY and referred to the Court, denied.

No. A–705. KLAT *v.* COUNTY OF SAN DIEGO ET AL. Super. Ct. Cal., County of San Diego. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. D–1628. IN RE DISBARMENT OF HILLS. Disbarment entered. [For earlier order herein, see 516 U. S. 1038.]

No. D–1634. IN RE DISBARMENT OF WELLS. Edward G. Wells, of Palatine, Ill., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on January 22, 1996 [516 U. S. 1090], is discharged.

No. D–1638. IN RE DISBARMENT OF BACHSTEIN. Disbarment entered. [For earlier order herein, see 516 U. S. 1106.]